```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12138
   VALERIE N PARTEE HUNTER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-1828


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/07/2007 and was not confirmed.

     The case was dismissed without confirmation 11/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00         .00           .00
DEUTSCHE BANK NATIONAL T  UNSECURED       NOT FILED         .00           .00
AMERICAN HONDA FINANCE C  SECURED VEHIC   14000.00          .00           .00
AMERICAN HONDA FINANCE C  UNSECURED         790.06          .00           .00
KOVITZ SHIFRIN NESBIT     SECURED          7000.00          .00           .00
LINCOLNWAY MANAGEMENT     NOTICE ONLY    NOT FILED          .00           .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE        .00          .00           .00
WASHINGTON MUTUAL BANK    CURRENT MORTG        .00          .00           .00
ASSET ACCEPTANCE LLC      FILED LATE       1070.05          .00           .00
MARLIN E KIRBY            DEBTOR ATTY     3,000.00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                          --------------        --------------
TOTALS                          .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 12138 VALERIE N PARTEE HUNTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE